IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**LETSIE BASS**                                                                                          **PLAINTIFF**

**v.**                          **Case No. 5:12-cv-00286-KGB**

**UNIVERSITY OF ARKANSAS**
**SYSTEM, THROUGH ITS BOARD**
**OF TRUSTEES,** *et al.*                                                                             **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this date, it is considered and adjudged that this case is dismissed with prejudice.

SO ADJUDGED this the 29th day of September, 2015.

*/s/ Kristine G. Baker*
Kristine G. Baker
United States District Judge